# ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of --                           )
                                       )
██████████████████████                 )      ASBCA No. 60872
                                       )
Under Contract No. W917PM-08-C-0080    )

APPEARANCE FOR THE APPELLANT:          Mr. ████████████████████
                                       President

APPEARANCES FOR THE GOVERNMENT:        Thomas H. Gourlay, Jr., Esq.
                                        Engineer Chief Trial Attorney
                                       Pietro O. Mistretta, Esq.
                                       Rebecca L. Bockmann, Esq.
                                        Engineer Trial Attorneys
                                        U.S. Army Engineer District, Middle East
                                        Winchester, VA

## ORDER OF DISMISSAL

By Order dated 16 November 2016, the Board requested that appellant provide a copy of the claim it had submitted to the contracting officer prior to the filing of this appeal. In response appellant indicated that it desires to submit its claim to the contracting officer for a decision. The government has provided appellant with the contract information for the cognizant contracting officer. By Order dated 30 November 2016, the Board informed the parties that it intended to dismiss this appeal unless either party objected within 14 days of the date of the Order. The Board has not received an objection from either party.

Accordingly, this appeal is dismissed without prejudice to the contractor's submittal of a claim to the contracting officer.


Dated: 3 January 2017

MARK N. STEMPLER
Administrative Judge
Vice Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 60872, Appeal of ███████ ███████, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals

2